**STATE of Missouri, Respondent,**

v.

**Christopher R. BOWERS, Appellant.**

**No. WD 52337.**

Missouri Court of Appeals,
Western District.

Nov. 26, 1996.

Jeannie Arterburn, Assistant Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Breck K. Burgess, Assistant Attorney General, Jefferson City, for respondent.

Before SMART, P.J., and SPINDEN and ELLIS, JJ.

### ORDER

PER CURIAM:

Christopher R. Bowers appeals from his conviction by jury of murder in the second degree, § 565.021,[1] and armed criminal action, § 571.015, in the Circuit Court of Jackson County. Bowers was sentenced to concurrent terms of seventeen and four years, respectively, in the Missouri Department of Corrections.

Judgment affirmed. Rule 30.25(b).

1. All statutory references are to RSMo 1994 unless otherwise noted.